NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-450


RENELL FRITSCHE, ET AL.

VERSUS

VERMILION PARISH HOSPITAL SERVICE DISTRICT #2, ET AL.


************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 80492-D,
HONORABLE EDWARD RUBIN, DISTRICT JUDGE

************

ELIZABETH A. PICKETT
JUDGE

************

Court composed of John D. Saunders, Glenn B. Gremillon, and Elizabeth A. Pickett, Judges.


APPEAL DISMISSED.

Mel Credeur
Post Office Box 51867
Lafayette, LA 70505
COUNSEL FOR PLAINTIFFS/APPELLANTS:
       Renell Fritsche, Paul Holt, and Leila Holt

Mark W. Judice
JUDICE & ADLEY
Post Office Box 51769
Lafayette, LA 70505-1769
COUNSEL FOR DEFENDANT/APPELLEE:
       Dr. Akshey K. Gupta

**James R. Shelton**
**DURIO, MCGOFFIN & STAGG**
**Post Office Box 51308**
**Lafayette, LA 70505-1308**
**COUNSEL FOR DEFENDANT:**
    **Dr.  John Thibodeaux**

**William E. Scott, III**
**Post Office Box 2995**
**Lafayette, LA 70821-2995**
**COUNSEL FOR DEFENDANT:**
    **Vermillion Parish Hospital Service District No. 2**
    **d/b/a Abbeville General Hospital**